**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Antonio Markeith BEVERLY, a.k.a.**
**Tony, Defendant–Appellant.**

**No. 14–11451**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Oct. 30, 2014.

Kathleen Mary Salyer, Wifredo A. Ferrer, U.S. Attorney's Office, Miami, FL, Mark Lester, Rinku Talwar Tribuiani, Robert H. Waters, Jr., U.S. Attorney's Office, West Palm Beach, FL, for Plaintiff–Appellee.

Michael James Entin, Law Office of Jeffrey M. Harris, Fort Lauderdale, FL, for Defendant–Appellant.

Antonio Markeith Beverly, Miami, FL, pro se.

Before TJOFLAT, WILSON and ANDERSON, Circuit Judges.

PER CURIAM:

Michael J. Entin, appointed counsel for Antonio Beverly in this direct criminal appeal, has moved to withdraw from further representation of Beverly and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED** and Beverly's convictions and sentences are **AFFIRMED.**